John Metsker, Esq.
CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY A. HILLS,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 2:26-cv-2662-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The parties stipulate through counsel that Plaintiff shall have a fourteen-day extension of time to file her motion for summary judgment in this case. In support of this request, counsel for Plaintiff respectfully states as follows:

1. Plaintiff's motion for summary judgment is currently due November 6, 2026.

2. Plaintiff's counsel has an unavoidable scheduling conflict, and will require additional time to fully research and brief the issues related to Plaintiff's case.

3. Given the undersigned Plaintiff's counsel's existing workload, the earliest date that Plaintiff's motion for summary judgment can be drafted and submitted is November 20, 2026.

4. Defendant does not oppose this request.

5. This request is made and good faith, and is not intended to unduly delay these proceedings.

WHEREFORE, Plaintiff requests an extension of time up to and including November 20 2026, to file her motion for summary judgment.

Respectfully submitted,

DATE: November 6, 2026

By: */s/John David Metsker*
JOHN DAVID METSKER
Attorney for Plaintiff

DATE: November 6, 2026

By: */s/ Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant United States Attorney
(via email authorization)
Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation,

IT IS SO ORDERED.

Dated: November 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE